IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CATHERINE JILL SYMS, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED FINANCIAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant/Cross-Claimant/ Counter-Claimant, | ) | CV 123-088 |
| | ) | |
| v. | ) | |
| | ) | |
| SAM GROUP LOGISTIC, LLC; HIGHLANDER SPECIALTY INSURANCE COMPANY; and MEROJIDDIN KHAMDAMOV, | ) | |
| | ) | |
| Defendants/Cross-Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's unopposed Motion for Issuance of Summons and for Leave to Serve State Farm Mutual Automobile Insurance Company ("State Farm"), Plaintiff's uninsured motorist carrier, as if they were a party defendant pursuant to O.C.G.A. § 33-7-11(d). (Doc. no. 32.) Plaintiff's counsel is **DIRECTED** to coordinate with the Clerk of Court to obtain copies of the docket filings necessary for service upon State Farm and to provide the Clerk with a proposed summons directed to State Farm. Upon issuance of the summons, Plaintiff is **GRANTED** leave of Court to serve State Farm as if they were a party Defendant

pursuant to O.C.G.A. § 33-7-11(d).  The Court **DIRECTS** the Clerk to not add State Farm as a party at this time and **VACATES** its prior Order granting Plaintiff leave to add State Farm as a party.  (Doc. no. 26.)

SO ORDERED this 21st day of August, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA