IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CATHERINE JILL SYMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-088 |
| SAM GROUP LOGISTIC, LLC; UNITED FINANCIAL CASUALTY COMPANY; HIGHLANDER SPECIALTY INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and MEROJIDDIN KHAMDAMOV, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal without prejudice of United Financial Casualty Company under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 51, at 1.) Specifically, the Parties stipulate to the dismissal of the following claims, such that upon said dismissal, United Financial Casualty Company shall no longer be party to this action:

i. Plaintiff Syms' Count IV—Direct Action claim under O.C.G.A. §§ 40-2-140 & 40-1-112 against United Financial Casualty Company;

ii. Defendant State Farm Mutual Automobile Insurance Company's crossclaim against United Financial Casualty Company;

    iii. United Financial Casualty Company's Counterclaim for Declaratory Judgment against Syms; and

    iv. United Financial Casualty Company's Crossclaims for Declaratory Judgment against Highlander Specialty Insurance Company, Sam Group Logistic, LLC, and Merojiddin Khamadamov.

(Id. at 1-2.)

This Court has previously held "that Rule 41(a)(1) is a proper mechanism to dismiss less than all the parties to a controversy." Jackson v. Equifax Info. Servs., LLC, No. 1:19cv096, 2020 WL 476698, at *1 (S.D. Ga. Jan. 29, 2020); see also Rainey-Jones v. Charlie Norwood VA Med. Ctr., No. 1:19cv186, 2020 WL 5370958, at *1 (S.D. Ga. Sept. 8, 2020) ("A stipulation of dismissal may be used . . . to dismiss an entire action against a particular defendant in a lawsuit."). The pending motion has been signed by all Parties; therefore, the Court finds dismissal of United Financial Casualty Company proper under Rule 41(a)(1).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to United Financial Casualty Company. The Clerk is **DIRECTED** to **TERMINATE** United Financial Casualty Company as a Party to this action and any motions pertaining to it. This action shall remain pending in all respects as to the remaining Parties. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___18th___ day of October, 2023.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```