IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CATHERINE JILL SYMS, | * |
| Plaintiff, | * |
| v. | * CV 123-088 |
| SAM GROUP LOGISTIC, LLC; UNITED FINANCIAL CASUALTY COMPANY; HIGHLANDER SPECIALTY INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and MEROJIDDIN KHAMDAMOV, | * |
| Defendants. | * |

**O R D E R**

Before the Court is Plaintiff; Defendant Sam Group Logistic, LLC; Defendant Highlander Specialty Insurance Company; Defendant Merojiddin Khamdamov; and Defendant/Cross Claimant State Farm Automobile Insurance Company's (collectively, the "Moving Parties") stipulation of dismissal with prejudice. (Doc. 56.) The Remaining Parties have filed their stipulation pursuant to Rule 41(a)(1). (Id. at 1.) The stipulation is signed by the Moving Parties but not Defendant United Financial Casualty Company, who appeared but has been terminated from this action. (Id. at 2-3; Docs. 6, 7, 8, 51.)

Rule 41(a)(1)(A)(ii) only allows a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal *signed by all parties who have appeared*." FED. R. CIV.

P. 41(a)(1)(A)(ii) (emphasis added). As the Eleventh Circuit has recently explained, "all" in Rule 41 means all, including parties who have been previously terminated. City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1038 (11th Cir. 2023) ("[A]ll means all. . . . [A] Rule 41(a)(1)(A)(ii) stipulation . . . requires the signature of a party that appeared but has already been removed from an action." (citation omitted)). The Eleventh Circuit has found a stipulation of dismissal that "was not signed by all parties who have appeared in th[e] case" to be invalid. Hardnett v. Equifax Info. Servs., LLC, No. 21-13195, 2023 WL 2056285, at *1 (11th Cir. Feb. 17, 2023). Therefore, without the signatures of all parties that have appeared in this case, the Moving Parties' stipulation of dismissal (Doc. 56) is invalid. This Order does not preclude the Moving Parties from filing a renewed stipulation of dismissal in compliance with Rule 41.

**ORDER ENTERED** at Augusta, Georgia, this ___11th___ day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA