IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CATHERINE JILL SYMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-088 |
| SAM GROUP LOGISTIC, LLC; UNITED FINANCIAL CASUALTY COMPANY; HIGHLANDER SPECIALTY INSURANCE COMPANY; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and MEROJIDDIN KHAMDAMOV, | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' renewed stipulation of dismissal with prejudice of the above-styled action, including the pending cross-claim. (Doc. 58.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA